**FILED**
OCT 10 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

MD-JS 6   ENT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DARREN NORMAN, ) | Case No. CV 08-6569-PSG (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| LARRY SMALL, WARDEN ) | |
| Respondent. ) | |

Pursuant to the Order Denying Motion for Enlargement of Time herein, IT IS ADJUDGED that this matter is dismissed without prejudice.

Dated: 10/10/08

_____
Phillip S. Gutierrez
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY